CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CLIFTON JENKINS, JR
R09250-007
PETERSBURG MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 90043
PETERSBURG, VA 23804

NIXIE          232 DE 1          00 07/
         RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 20001289999          *2117-14844-




Received
Mail Room
JUL - 8 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia


UNITED STATES POSTAGE
$ 0
02 1A  0004634648 JUN
MAILED FROM ZIP CO

DCD_ECFNotice@dcd.uscourts.gov
06/27/2008 11:22 AM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:08-cv-01098-EGS JENKINS v. WILLIAMS et al Order on Motion for Leave to Proceed in forma pauperis

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 6/27/2008 at 11:22 AM and filed on 6/25/2008
**Case Name:**              JENKINS v. WILLIAMS et al
**Case Number:**             1:08-cv-1098
**Filer:**
**Document Number:**         No document attached

Docket Text:
**MINUTE ORDER granting [2] Motion for Leave to Proceed in forma pauperis. Signed by Judge Ricardo M. Urbina on 06/23/2008. (tr)**

1:08-cv-1098 Notice has been electronically mailed to:

1:08-cv-1098 Notice will be delivered by other means to::

CLIFFTON JENKINS, JR
R09250-007
PETERSBURG MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 90043
PETERSBURG, VA 23804