IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLIFTON JENKINS,

    Plaintiff,

    v.                                  Case No. 08-1098 (EGS)

DISTRICT OF COLUMBIA, *et. al,*

    Defendants.

## DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO FILE PLEADINGS RESPONSIVE TO PLAINTIFF'S COMPLAINT

Defendants, through undersigned counsel, pursuant to Fed. R. Civ. Pro. 6(b), respectfully request that the Court enlarge the time to file pleadings responsive to plaintiff's complaint in this matter for a period of forty days, up to and including September 14, 2008[1].

A Memorandum of Points and Authorities and proposed Order are attached hereto and incorporated herein by this reference.

WHEREFORE, the defendants respectfully move this Court for entry of an order providing that the defendants have an additional period of forty days to file pleadings responsive to plaintiff's complaint, up to and including September 14, 2008.

## LCvR 7(m) CERTIFICATION

Defense counsel certifies that, pursuant to LCvR 7(m), he contacted plaintiff via telephone on August 5, 2008 to seek his consent to the enlargement requested in this motion. Plaintiff consents to the enlargement.

---

[1] Defendants do not concede personal jurisdiction by filing this motion. Moreover, Defendants submit that without proof of proper service of process, there is no personal jurisdiction over any defendant in this case.

2

Dated: 08-05-08

        Respectfully Submitted,

        PETER J. NICKLES
        Acting Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ____/s/Toni Michelle Jackson_____
        TONI MICHELLE JACKSON [453765]
        Chief, General Litigation § III

        _____/s/ Alex Karpinski_____
        ALEX KARPINSKI [982184]
        Assistant Attorney General
        441 4th Street, N.W., 6th Floor South
        Washington, D.C.  20001
        alex.karpinski@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2008, I caused the foregoing DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO FILE PLEADINGS RESPONSIVE TO PLAINTIFF'S COMPLAINT to be filed with the Clerk of Court using the CM/ECF system and caused a copy to be sent to plaintiff, by mailing the foregoing first-class, postage prepaid, to:

Clifton Jenkins
1821 North Capitol St., N.E., Apt. No. 2
Washington, D.C. 20002

  /s/ Alex Karpinski
ALEX KARPINSKI [982184]
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLIFTON JENKINS,

    Plaintiff,

        v.                                          Case No. 08-1098 (EGS)

DISTRICT OF COLUMBIA, *et. al,*

    Defendants.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO FILE PLEADINGS RESPONSIVE TO PLAINTIFF'S COMPLAINT**

This is a tort matter in which the plaintiff is alleging that he was assaulted and battered by a District of Columbia police officer. In addition to the police officer involved, plaintiff has named the District of Columbia, former mayor Anthony Williams, mayor Adrian Fenty, former chief of police Charles Ramsey and chief of police Cathy Lanier as defendants.

Defendants seek additional time to compile records and conduct additional investigation of the allegations in plaintiff's complaint. The defendants respectfully request an enlargement of time with which to respond for a period of forty days, up to and including September 14, 2008. Such an extension will not prejudice the plaintiff as plaintiff consents to the enlargement.

WHEREFORE, the defendants respectfully move this Court for entry of an order providing that the defendants have an additional period of forty days to file a pleadings responsive to plaintiff's complaint, up to and including September 14, 2008.

Dated: 08-05-08

                                          Respectfully Submitted,

                                          PETER J. NICKLES
                                          Acting Attorney General for the
                                          District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

                                          _____/s/Toni Michelle Jackson_____
                                          TONI MICHELLE JACKSON [453765]
                                          Chief, General Litigation § III

                                          _____/s/ Alex Karpinski_____
                                          ALEX KARPINSKI [982184]
                                          Assistant Attorney General
                                          441 4th Street, N.W., 6th Floor South
                                          Washington, D.C.  20001
                                          alex.karpinski@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLIFTON JENKINS,

    Plaintiff,

    v.                                         Case No. 08-1098 (EGS)

DISTRICT OF COLUMBIA, *et. al,*

    Defendants.

## ORDER

Upon consideration of the Consent Motion To Enlarge Time To File Pleadings Responsive to Plaintiff's Complaint, and the record herein, it is this _____ day of _____, 2008, **ORDERED:**

that said Motion be and that same hereby is **GRANTED**,

and that defendants shall file pleadings responsive to plaintiff's complaint on or before September 14, 2008.

 

_____
**JUDGE EMMET SULLIVAN**