PRAECIPE

**United States District Court
for the District of Columbia**

RECEIVED
AUG 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the __6th__ day of __AUGUST__ ~~19~~ __2008__

CLIFFTON JENKINS, JR. Plaintiff,
vs.
DISTRICT OF COLUMBIA, ET AL. Defendants.

Civil / ~~Criminal~~
Action No. __08-1098 (EGS)__

The Clerk of said Court will hereby this Praecipe Notice of Change of Address please discontinue forwarding any or all legal mail or correspondence as of this date to 1222 11th Street, N.W., Washington, D.C. 20001. The new address is below.

August 6, 2008
Date

_[signature: Cliffton Jenkins, Jr.]_
Signature

_____
BAR IDENTIFICATION NO.

Cliffton Jenkins, Jr.  Pro Se
Print Name

1821 North Capitol Street, N.E., #2
Address

Washington, D.C.   20002
City              State       Zip Code

(202) 309-6162, 9880
Phone Number    E-mail: cjmagicii@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2008, I sent a copy of this Praecipe Notice of Change of Address by first class, postage prepaid mail to the Defendants District of Columbia's Counsel: ALEX KARPINSKI; ASSISTANT ATTORNEY GENERAL; 441 4TH STREET, N.W., 6TH FLOOR SOUTH; WASHINGTON, D.C. 20001; (202) 724-6642; alex.karpinski@dc.gov.