| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF<br>Clifton Jenkins, Jr. | COURT CASE NUMBER<br>08-1098 EGS |
|---|---|
| DEFENDANT<br>Anthony A. Williams, et al | TYPE OF PROCESS<br>Summons in a Civil Action 2nd Reqst. |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gregory Sykes, MPD Police Officer - First District Police HQ

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
415 4th St., SW, Washington, D.C. 20001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT     TELEPHONE NUMBER     DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 8/8/2008 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Gregory Sykes    MPD

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
300 Indiana Ave, NW
Washington, DC

Date 8/20/08   Time 0945  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy
Bradley DUSM 4154

| Service Fee<br>45.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges<br>45.00 | Advance Deposits | | $0.00 |
|---|---|---|---|---|---|---|

REMARKS: 1st Endeavor: Sykes works at 300 Indiana Ave, NW

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00